

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
## JUDGMENT

In the interest of T.J., a child,

No. 11-19-00259-CV

\* From the 91st District Court
of Eastland County
Trial Court No. CV1844944.

\* February 13, 2020

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the trial court's order insofar as it terminated the parental rights of T.J.'s mother, and we remand this cause to the trial court for further proceedings. Any proceeding on remand must be commenced within 180 days of this court's mandate.